AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| | Case Number: 8:99-CR-271-T-17TGW |
| | USM Number: 38570-018 |
| RODOLFO GODOY | |
| | AFPD Howard Anderson |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) _1, 2 and 5_ of the term of supervision.

__X__ the government is not pursuing violation of charge number(s) _3 and 4_ of the term of supervision and such violations are dismissed.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer | On/after 7/12/04 |
| 2 | Failure to notify the probation officer ten days prior to any change in residence | On/after 7/12/04 |
| 5 | New criminal conduct, Possession with Intent to Distribute 500 Grams or More of Cocaine | 7/12/04 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: November 30, 2007

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Date: December 3RD, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment - Page 2 of 2

DEFENDANT: RODOLFO GODOY
CASE NUMBER: 8:99-CR-271-T-17TGW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWELVE (12) MONTHS**. This term of imprisonment is to run **CONSECUTIVELY** to the term of imprisonment imposed in Case No. 8:07-CR-174-T-23MSS. Any credit for time served is to be calculated by the United States Bureau of Prisons.

__X__ The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL